UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

IN RE:

CANDELARIA-PRIETO, CARLOS R./XXX-XX-6380

VARGAS-MORALES, CARMEN B./XXX-XX-3327

DEBTOR(S)

BK CASE # 05-04190

CHAPTER 13

## CHAPTER 13 PAYMENT PLAN

1 - The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☒ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: 4-29-05
☒ PRE ☐ POST-CONFIRMATION

☐ AMENDED PLAN DATED: _____
FILED BY ☐ DEBTOR ☐ TRUSTEE ☐ OTHER

### 1. PAYMENT PLAN SCHEDULE

$ 150.00 x 60 = $9,000.00
$ ___ x ___ = ___
$ ___ x ___ = ___
$ ___ x ___ = ___
$ ___ x ___ = ___
TOTAL = $9,000.00

Additional Payments:
$ 1,800.00 to be paid as a LUMP SUM within 2 MONTHS with proceeds to come from
☐ Sale of property identified as follows:
_____

☒ Other: _____
MONEY RECEIVED FROM CHAPTER 13 TRUSTEE
AS REIMBURSEMENT FROM PREVIOUS CASE

Periodic Payments to be made other than, and in addition to the above.
$ ___ x ___ = ___

PROPOSED BASE: $10,800.00

### III. ATTORNEY'S FEES

To be paid as administrative expense
Outstanding balance as per Rule 2016(b) Fee
Disclosure Statement: $ 1,400.00
Additional Fees: $ ___
Adjusted Balance $ ___

Signed:
_____
DEBTOR

_____
JOINT DEBTOR

DISBURSE FUNDS IN THE FOLLOWING ORDER AFTER ADMINISTRATIVE EXPENSES
A- ADEQUATE PROTECTION PAYMENTS CR ___ $ ___
B. SECURED CLAIMS.
☐ Debtor represents no secured claims.
☒ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☒ Trustee pays secured ARREARS if any:
Cr. RG MORTGAGE      Cr. ___      Cr. ___
# ___                 # ___         # ___
$ 6,644.00            $ ___         $ ___

2. ☐ Trustee pays IN FULL Secured Claims
Cr. ___      Cr. ___      Cr. ___
# ___         # ___         # ___

3. ☐ Trustee pays VALUE OF COLLATERAL
Cr. ___      Cr. ___      Cr. ___
# ___         # ___         # ___
$ ___         $ ___         $ ___

4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:
_____

5. ☐ OTHER: _____

6. ☒ Debtor Otherwise maintains regular payments directly to:
RG MORTGAGE

C. PRIORITIES. The Trustee shall pay priorities in accordance with the law.
(11 U.S.C. § 507 and § 1322 (a)(2))

D. UNSECURED CLAIMS. Plan ☐ Classifies ☒ Does not Classify Claims.
1. (a) Class A- ☐ Co-debtor Claims / ☐ Other: ___
☐ Paid 100% / ☐ Other: ___
Cr. ___      Cr. ___      Cr. ___
# ___         # ___         # ___
(b) ☐ Other: _____

2. Unsecured Claims otherwise receive PRO-RATA disbursements

OTHER PROVISIONS: (Executory contracts; payment of interest to unsecured, etc.)

_____

ATTORNEY FOR DEBTOR: JAIME RODRIGUEZ-PÉREZ - USDC-221011    Phone: (787) 797-4174